# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-0288-01-CR-W-DW |
| | ) | |
| BRIAN A. OWSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is Magistrate Judge Robert Larsen's Report and Recommendations (Doc. 36) denying Defendant's Motions to Suppress Physical Evidence (Doc. 27) and Statements (Doc. 28). Defendant filed objections to the Report and Recommendation (Doc. 40). After an independent review of the record, the applicable law and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order and DENIES Defendant's Motion to Suppress Physical Evidence (Doc. 27) and DENIES Defendant's Motion to Suppress Statements (Doc. 28).

IT IS SO ORDERED.

          /s/ Dean Whipple
Dean Whipple
United States District Court

Date: January 25, 2006